BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
Email: jennifer.s.wang@usdoj.gov

Attorneys for the United States of America

*IT IS SO ORDERED /s/ Judge Maria-Elena James*

SO ORDERED, CASE IS DISMISSED WITHOUT PREJUDICE. Dated: 10/16/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE FOURTH CIVIL COURT FOR INTELLECTUAL AND INDUSTRIAL PROPERTY RIGHTS IN INSTANBUL, TURKEY IN THE MATTER OF AVEA ILETISIM HIZMETLERI A.S. ABDI IPEKCI CADDESI, CASE NO. 2014/203 | MISC. NO.: 15-mc-80171-MEJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to this Court's Order dated June 22, 2015, ECF No. 2, Assistant United States Attorney Jennifer S Wang issued a subpoena to Automattic, Inc., to obtain information requested by the Fourth Civil Court for Intellectual and Industrial Property Rights in Istanbul, Turkey. Automattic, Inc. responded to the subpoena and this matter can now be closed. Petitioner United States of America requests the Court to dismiss this matter without prejudice in the event the Turkish court requests additional information from Automattic, Inc.

DATED: October 16, 2017              Respectfully submitted,

                                    BRIAN J. STRETCH
                                    United States Attorney

                            By:     */s/ Jennifer S Wang*
                                    JENNIFER S WANG
                                    Assistant United States Attorney

1